Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*Albertson's LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSE GORDON, | Case No. 2:16-cv-01689-RFB-GWF |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE |
| ALBERTSON'S LLC, dba Albertsons Inc.; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff ROSE GORDON, by and through her attorneys of record, Richard Harris, Esq. and Garnet E. Beal, Esq. of the Richard Harris Law Firm and Defendant, ALBERTSON'S LLC by and through its attorney of record, Jack P. Burden, Esq. of the law office of Backus, Carranza & Burden, hereby stipulate to dismiss all claims and cross claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

1

1 | DATED: Feb 7th, 2017 | DATED: Feb 17, 2017

**RICHARD HARRIS LAW FIRM** | **BACKUS, CARRANZA & BURDEN**

Richard Harris, Esq.
Garnet E. Beal, Esq.
801 South Fourth Street
Las Vegas, NV 89101
T: 702.444.4444
F: 702.444.4455
Garnet@RichardHarrisLaw.com
*Attorneys for Plaintiff Rose Gordon*

JACK P. BURDEN, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
T: 702.872.5555
F: 702.872-5545
jburden@backuslaw.com
*Attorneys for Defendant ALBERTSONS, LLC*

<u>**ORDER re Case No.   2:16-cv-01689-RFB-GWF**</u>

**IT IS SO ORDERED.**

DATED this 21st day of February, 2017.

Richard F. Boulware II
United States District Judge
**Case No.  2:16-cv-01689-RFB-GWF**

DATED this 17 day of Feb, 2017

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

JACK P. BURDEN, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
*Attorneys for Defendant Albertson, LLC*

2